IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 7 |
|---|---|
| CANOO INC. *et al*.,[1] | Case No. 25-10094 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR STATUS CONFERENCE ON MAY 30, 2025 AT 10:00 A.M. (ET)**

> This hearing will take place remotely via Zoom only. Case Participants who wish to attend a hearing remotely need to register using the eCourtAppearances tool. The deadline to register for remote attendance is 4:00 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.

MATTER GOING FORWARD:

1. Chapter 7 Trustee's Motion for Entry of an Order: (A) Approving Asset Purchase Agreement Pursuant to 11 U.S.C. § 363 and (B) Granting Related Relief (the "Sale Motion") [D.I. 51; filed 3/4/2025];

   Response Deadline:        March 28, 2025 at 4:00 p.m. ET

   Related Documents:

   A)  Chapter 7 Trustee's Exhibit to Sale Motion [D.I. 83; filed 3/19/2025];

   B)  Chapter 7 Trustee's Third Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection With the Sale of Substantially All of the Estates Assets, and the Proposed Cure Amounts (the "Third Cure Notice") [D.I. 89; filed 3/24/2025];

   C)  Notice of Filing of Revised Sale Order [D.I. 135; filed on 4/8/2025]

   D)  Declaration of Jeoffrey L. Burtch in Support of Trustee's Motion for Entry of Order Approving Sale of Assets [D.I. 136; filed on 4/8/2025];

   E)  Order Approving the Sale Motion [D.I. 141; entered 4/9/2025];

   F)  Certificate of Service of Third Cure Notice [D.I. 146; filed 4/11/2025];

   G)  Notice of Closing of Sale [D.I. 155; filed 4/15/2025];

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): Canoo, Inc. (25-10094 BLS); EV Global Holdco LLC (25-10095 BLS); EV US Holdco Inc., (25-10096 BLS); Canoo Technologies Inc. (25-10099 BLS); Canoo Manufacturing, LLC (25-10097 BLS); and Canoo Sales, LLC (25-10098 BLS).

H) Certification of Counsel Regarding Stipulation for Waiver of Administrative Expense Claim and Withdrawal of Altair Engineering, Inc.'s Limited Objection and Reservation of Rights With Respect to Chapter 7 Trustee's (I) Sale Motion; and (II) Third Cure Notice [D.I. 176; filed 5/2/2025];

I) Order Approving Stipulation for Waiver of Administrative Expense Claim and Withdrawal of Altair Engineering, Inc.'s Limited Objection and Reservation of Rights With Respect to Chapter 7 Trustee's (I) Sale Motion; and (II) Third Cure Notice [D.I. 177; entered 5/5/2025];

Responses & Objections:

A) Altair Engineering, Inc.'s Limited Objection and Reservation of Rights with Respect to Chapter 7 Trustee's (I) Sale Motion, and (II) Third Cure Notice [D.I. 95; filed 3/27/2025];

B) Cosma International Of America, Inc.'s And Affiliates' Limited Objection And Reservation Of Rights With Respect To the Sale Motion [D.I. 99; filed 3/27/2025];

C) Rogers Corporation's Limited Objection to the Sale Motion and Cure Notices [D.I. 104; filed 3/28/2025];

D) Sanmina Corporations Limited Objection and Reservation of Rights With Respect to Trustees (I) Sale Motion and (II) Third Cure Notice [D.I. 105; filed 3/28/2025];

E) Kasai North America, Inc.'s Objection and Reservation of Rights with Respect to the Sale Motion and the Third Cure Notice [D.I. 115; filed 3/31/2025];

F) Principal Manufacturing Corporation's Limited Objection to the Sale Motion and Third Cure Notice [D.I. 122; filed 4/1/2025];

G) Tachi-S Engineering U.S.A., Inc.'s Objection to Third Cure Notice [D.I. 142; filed 4/11/2025];

H) Idneo Technologies, S.A.U.'s Limited Objection and Reservation of Rights with Respect to Trustee's Third Cure Notice, in Connection With the Sale of Substantially all of the Estates' Assets, and the Proposed Cure Amounts [D.I. 143; filed 4/11/2025];

I) Magna Body & Chassis Iowa and Guangdong Magna Automotive Mirrors Co Ltd.'s Objection to Third Cure Notice [D.I. 144; filed 4/11/2025];

J) Integrated Micro-Electronics, Inc. and Integrated Micro-Electronics Mexico SAPI De CV's Objection to Trustee's Third Cure Notice [D.I. 148; filed 4/14/2025];

K) Autokiniton US Holdings, Inc.'s Objection and Reservation of Rights with Respect to the Third Cure Notice [D.I. 149; filed 4/14/2025];

L) Joyson Safety Systems Acquisition LLC's Objection and Reservation of Rights With Respect to the Third Cure Notice, in Connection With the Sale of Substantially all of the Estates' Assets, and the Proposed Cure Amounts [D.I. 160; filed 4/23/2025]; and

    M)    Onix Networking Corp.'s Limited Objection and Reservation of Rights with Respect to the Sale Motion and Third Cure Notice [D.I. 163; filed 4/24/2025]

<u>Status</u>:    This matter is going forward as a status conference with respect to Docket Items 99 and 144 only.

**COZEN O'CONNOR**

Dated: May 28, 2025

*/s/ Gregory F. Fischer*
Mark E. Felger (#3919)
Gregory F. Fischer (#5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
(302) 295-2000
mfelger@cozen.com
gfischer@cozen.com

*Counsel for Jeoffrey L. Burtch, Chapter 7 Trustee*